IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAYLINDA NELSON, | ) | Case No. 8:14cv302 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MERCHANTS CREDIT ADJUSTERS, INC.; and DOES 1-10, inclusive, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the Notice of Settlement (#22) filed by Sergei Lemberg, counsel for plaintiff,

**IT IS ORDERED:**

1. On or before **August 24, 2015,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Rule 16 planning conference with the undersigned set for July 20, 2015, is cancelled upon the representation that this case is settled.

Dated: June 23, 2015.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge