IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAYLINDA NELSON,<br><br>                Plaintiff,<br><br>vs.<br><br>MERCHANTS CREDIT ADJUSTERS, INC., and DOES 1-10, inclusive;<br><br>                Defendants. | 8:14CV302<br><br>ORDER OF DISMISSAL |

This matter is before the Court on the Parties' Stipulation of Dismissal (Filing No. 24). The Stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The above-captioned action should be dismissed with prejudice, and the Parties will pay their own attorney's fees and costs. Accordingly,

IT IS ORDERED:

1. The Parties' Stipulation of Dismissal (Filing No. 24) is approved;

2. The above-captioned action is dismissed with prejudice; and

3. The Parties will pay their own attorney's fees and costs.

Dated this 5th day of August, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge